**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8058**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

       v.

TIMOTHY WAYNE GUESS,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:10-cr-00140-MSD-TEM-1)

Submitted:  February 20, 2013          Decided:  March 8, 2013

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Wayne Guess, Appellant Pro Se.  Kevin Michael Comstock, Assistant United States Attorney, Cameron Rountree, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Wayne Guess appeals the district court's order denying his motion to dismiss the indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Guess, No. 2:10-cr-00140-MSD-TEM-1 (E.D. Va. filed Nov. 20, 2012; entered Nov. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED